**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: July 8, 2015**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | **Timothy Dearth** | : | **Case No. 15-53541** |
| | **Tammy Dearth** | : | **Chapter 13** |
| | **Debtors** | : | **Judge Caldwell** |

### PAYROLL DEDUCTION ORDER

The above named Debtor, Tammy Dearth, has commenced a Chapter 13 proceeding in the United States Bankruptcy Court.

It is ORDERED that the said Debtor's employer, Time Warner Cable, deduct from the earning of the said Debtor, the sum of $2797.00 monthly ($645.47 weekly or $1290.93 per bi-weekly pay period). Said deductions shall commence with the next payday following the Employer's receipt of this Order. The Employer shall deduct a similar amount from each pay period thereafter. The amount so deducted shall be sent to the Chapter 13 Trustee AT LEAST MONTHLY and shall include the Debtor name and case number with such remittances. The Employer is not authorized to deduct any administrative expense or service fee from this deduction.

The Trustee's name and address is:

                    Chapter 13 Trustee  
                    PO Box 1718  
                    Memphis, TN 38101-1718

The Employer may stop this payroll deduction only upon a Court order or written notice from the Chapter 13 Trustee.

IT IS SO ORDERED.

Served upon:

Default list

And

Time Warner Cable
PO Box 9037
Addison, TX 75001

                    ###